**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-7831**

---

ABBAS JAVED AHMED,

        Petitioner - Appellant,

    v.

LORETTA KELLY, Warden; DAVID B. EVERETT, Warden,

        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:10-cv-00184-GBL-TCB)

---

Submitted: May 30, 2013        Decided: June 4, 2013

---

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David Bernard Hargett, HARGETT LAW, PLC, Glen Allen, Virginia,
for Appellant. Gregory William Franklin, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abbas Javed Ahmed seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition, and has filed a motion for a certificate of appealability and an application to proceed in forma pauperis. The district court's order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Ahmed has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral

2

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED